1 | PHILLIP A. TALBERT
United States Attorney
2 | ALEXANDRE DEMPSEY
Assistant United States Attorney
3 | MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
4 | Fresno, California 93721
Telephone: (559) 497-4000
5 |
6 | Attorneys for Plaintiff
UNITED STATES OF AMERICA
7 |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AUTUMN MEADOW<br><br>Defendant. | Case No. 5:22-po-00154-SAB<br><br>[Citation # E1037785 CA/71]<br><br>STIPULATION REGARDING CONTINUANCE OF TRIAL; ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On September 6, 2022, the defendant made her initial appearance before this Court regarding Citation E1037785.

2. At that time, the defendant entered a plea of not guilty and the Court set a bench trial for October 4, 2022.

3. By this stipulation, both parties now move to continue the bench trial until November 1, 2022.

///

///

4. The parties agree and stipulate the following:

    a) The parties stipulate that the delay is required to allow for the presence of necessary witnesses at trial. Both parties, at this time, intend to present witnesses on that date.

    b) The requested date is a mutually agreeable date for both parties.

    c) This is the first requested continuance by either party in this case.

IT IS SO STIPULATED.

Dated: September 20, 2022　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　/s/ ALEXANDRE DEMPSEY
　　　　　　　　　　　　　　　　　　　　ALEXANDRE DEMPSEY
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Dated: September 20, 2022　　　　　　　/s/ AUTUMN MEADOW
　　　　　　　　　　　　　　　　　　　　AUTUMN MEADOW
　　　　　　　　　　　　　　　　　　　　Defendant

# **O R D E R**

IT IS HEREBY ORDERED that the October 4, 2022, bench trial in the above case is **CONTINUED** until November 1, 2022 at 10:00 a.m.  The defendant is ordered to appear.

IT IS SO ORDERED.

Dated: **September 21, 2022**　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

U.S. v. MEADOW
Case No. 5:22-po-00154-SAB