PHILLIP A. TALBERT
United States Attorney
ALEXANDRE DEMPSEY
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>AUTUMN MEADOW<br><br>  Defendant. | Case No. 5:22-po-00154-SAB<br><br>[Citation # E1037785 CA/71]<br><br>STIPULATION REGARDING CONTINUANCE OF TRIAL; ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, hereby stipulate as follows:

1.  On September 6, 2022, the defendant made her initial appearance before this Court regarding Citation E1037785.

2.  The parties previously stipulated to a bench trial on November 1, 2022, in the Bakersfield Courthouse.

3.  By this stipulation, both parties now move to continue the bench trial until November 17, 2022, at 10:00 a.m., in the Fresno Courthouse.

///

///

4. The parties agree and stipulate the following:

    a) The parties stipulate that the delay is required to allow for the presence of necessary witnesses at trial. Both parties, at this time, intend to present witnesses on that date.

    b) The requested date is a mutually agreeable date for both parties.

    c) Both parties would prefer this trial to take place in the Fresno Courthouse.

IT IS SO STIPULATED.

Dated: October 5, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ ALEXANDRE DEMPSEY
ALEXANDRE DEMPSEY
Assistant United States Attorney

Dated: October 5, 2022

/s/ AUTUMN MEADOW
AUTUMN MEADOW
Defendant

**O R D E R**

At the request of the parties, the November 1, 2022, bench trial in the above case is **CONTINUED** until November 17, 2022, at 10:00 a.m., and will be held at the Fresno Courthouse.

IT IS SO ORDERED.

Dated: **October 5, 2022**

UNITED STATES MAGISTRATE JUDGE

U.S. v. MEADOW
Case No. 5:22-po-00154-SAB