# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 5:22-po-00154-SAB-1 |
| Plaintiff, | ) ) | **UNITED STATES' STATUS REPORT** |
| v. | ) ) | **REGARDING DEFENDANT'S UNSUPERVISED** |
| AUTUMN S. MEADOW, | ) ) | **PROBATION** |
| Defendant. | ) ) ) | |

PURSUANT to an order of this Court the United States hereby submits the status report on Defendant's unsupervised probation:

**Convicted of:** 36 CFR § 2.15(a)(2)

**Sentence Date:** January 6, 2023

**Review Hearing Date:** October 19, 2023

**Probation Expires On:** January 6, 2024

### CONDITIONS OF UNSUPERVISED PROBATION:

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $400 which Total Amount is made up of a Fine: $ 360 Special Assessment: $ 10    Processing Fee: $30 Choose an item. Restitution: $

☒ Payment schedule of $ 50  per month by the 15th of each month.

☐ **Community Service hours Imposed of:**

☐ **Other Conditions:**

### COMPLIANCE:

☒ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**Otherwise:**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

    If so, describe arrest/charge/citation (location, court, date & offense):

☐ To date, Defendant has paid a total of $
   ☐ If not paid in full when was last time payment:    Date: Click here to enter a date.
                                                        Amount:

☐ To date, Defendant has performed Click here to enter text.  hours of community service.

☐ Compliance with Other Conditions of Probation:

***DEFENDANT'S REQUEST (OPTIONAL):***

In light of the information detailed in this status report, the defendant moves for the following:

☐ that the review hearing set for 10/19/2023 at 9 am

    ☐ be continued to Click here to enter a date. at 10:00 a.m.; or

    ☒ be vacated.

☐ that Defendant's in-person appearance for the review hearing be waived and that he be allowed to appear via Zoom.

DATED: 10/16/2023         */s/ Autumn S. Meadow*  
                                           DEFENDANT

                                           */s/ Chan Hee Chu*  
                                           ASSISTANT UNITED STATES ATTORNEY

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒     GRANTED. The Court orders that the Review Hearing be vacated.

☐     DENIED.

IT IS SO ORDERED.

Dated: **October 16, 2023**                [signature]  
                                             UNITED STATES MAGISTRATE JUDGE